UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TAREK D. BAHGAT and<br>LAURAMARIE COLANGELO<br><br>Defendants,<br><br>And<br><br>WEALTHCFO, LLC<br><br>Relief Defendant. | No. 17-cv-00971-LJV |

## FINAL JUDGMENT IMPOSING A CIVIL PENALTY ON DEFENDANT LAURAMARIE COLANGELO

WHEREAS on April 6, 2018, the Court entered, on consent, a judgment as to defendant Lauramarie Colangelo that (1) enjoined defendant Colangelo from violating Sections 206(1) and 206(2) of the Investment Advisers Act of 1940 ("Advisers Act") and (2) ordered that Defendant Colangelo pay a civil penalty pursuant to Section 209(e) of the Advisers Act, with the amount to be determined by the Court upon motion of the plaintiff Securities and Exchange Commission ("Commission"); and

WHEREAS on May 23, 2018, the Court considered the Commission's submissions in support of its motion for a civil penalty against defendant Colangelo and defendant Colangelo's submissions in response to that motion, considered the arguments of the parties at a hearing held on May 11, 2018, and issued a decision and order finding a civil penalty of $7,500 against defendant Colangelo to be reasonable and appropriate;

NOW THEREFORE:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Colangelo shall pay a civil penalty in the amount of $7,500 to the Securities and Exchange Commission pursuant to Section 209(e) of the Advisers Act. Payment of the civil penalty shall be due as follows: Defendant Colangelo shall pay $100.00 per month commencing on or before the first day of the first full calendar month that begins at least 21 days after entry of this final judgment and shall continue to pay $100.00 per month on or before the first day of each subsequent calendar month until said civil penalty in the total amount of $7,500 is paid in full.

Defendant Colangelo may transmit payments electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payments may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant Colangelo also may pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; defendant Colangelo as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment. Mailed payments shall be deemed made on the date of USPS-endorsed postmark; all other payments shall be deemed made on the date specified in the

written confirmation of electronic transmittal.

Defendant Colangelo shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making each payment, defendant Colangelo relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to defendant Colangelo. The Commission shall send the funds paid pursuant to this final judgment to the United States Treasury. Defendant Colangelo shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by defendant Colangelo, and any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by defendant Colangelo under this judgment or any other judgment, order, consent order, decree, or settlement agreement entered in connection with this proceeding is a debt for the violation by defendant Colangelo of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this judgment forthwith and without further notice.

Dated: June __, 2018

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE