UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                                                      :
            **Plaintiff,**                                :
                                                                    :
     v.                                                    :         No. 17-cv-00971 (LJV)
                                                                    :
**TAREK D. BAHGAT and**                      :
**LAURAMARIE COLANGELO,**             :
                                                                      :
            **Defendants,**                           :
                                                                    :
  and                                                    :
                                                                    :
**WEALTHCFO, LLC**                            :
                                                                    :
            **Relief Defendant.**              :
-------------------------------------------------------------------------x

## FINAL JUDGMENT AS TO RELIEF DEFENDANT WEALTHCFO, LLC

WHEREAS on September 28, 2017, the plaintiff, Securities and Exchange Commission ("Commission"), filed its complaint in this action, and on October 17, 2017, served a summons and the complaint on the Relief Defendant, WealthCFO LLC ("WealthCFO"); and

WHEREAS WealthCFO has not answered or otherwise responded to the complaint, and on June 21, 2018, the Clerk of Court entered a default against WealthCFO, and

WHEREAS on July 13, 2018, the Commission, pursuant to Fed. R. Civ. P. 55(b)(2), filed a motion for a judgment by default against WealthCFO; and

WHEREAS the Court has considered the Commission's submission in support of that motion and finds that the entry of a judgment by default is warranted;

NOW THEREFORE:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Relief Defendant, WealthCFO, is liable for disgorgement of $369,601.97, representing ill-gotten gains resulting from the conduct alleged in the complaint, together with prejudgment interest thereon in the amount of $39,803.65, for a total of $409,405.62. WealthCFO shall satisfy this obligation by paying $409,405.62 to the Commission within 14 days after entry of this final judgment.

Relief Defendant WealthCFO may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the Commission website at http://www.sec.gov/about/offices/ofm.htm. WealthCFO also may pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; identifying WealthCFO, LLC, as a defendant in this action; and specifying that payment is made pursuant to this final judgment.

WealthCFO shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, WealthCFO relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds, shall be returned to WealthCFO.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce this final judgment by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this final judgment. WealthCFO shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this final judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this final judgment forthwith and without further notice.

Dated: September 4, 2018

*s/ Lawrence J. Vilardo*
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE
